**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

IN RE:
**Adam Kessler & Dawn Kessler**
        Debtors

CHAPTER 13

CASE NO.: 14-17967-elf

**ORDER FOR RELIEF**

AND NOW, this __21st__ day of __January__, 2020, upon Certification of Default filed by **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1** ("Movant"), pursuant to its prior Stipulation with the Debtors, it is hereby

**ORDERED** that the automatic stay under 11 U.S.C. § 362(a) is **MODIFIED** with respect to premises, **1752 Lafayette Drive, Jamison, Pennsylvania 18929**, as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **Movant** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**