United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Adam Kessler  
Dawn Kessler  
    Debtors

Case No. 14-17967-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 2    Date Rcvd: Jan 22, 2020  
    Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db/jdb         +Adam Kessler,    Dawn Kessler,    1752 Lafayette Drive,    Jamison, PA 18929-1673
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr             +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr             +WELLS FARGO BANK, NA,    MAC X23023-01A,    1 HOME CAMPUS,    DES MOINES, IA 50328-0001
cr             +Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
cr              Wilmington Trust, National Association,    c/o MICHAEL J. SHAVEL,
                 777 Township Line Road, Suite 250,    Yardley, PA 19067-5565
cr             +Wilmington Trust, National Association, not in its,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
cr*            +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
          JILL  MANUEL-COUGHLIN   on behalf of Defendant    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
          KARINA  VELTER   on behalf of Creditor    Wilmington Trust, National Association
           amps@manleydeas.com
          KARINA  VELTER   on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
          KEVIN G. MCDONALD   on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
          LEROY W. ETHERIDGE, JR.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MICHAEL J. SHAVEL   on behalf of Creditor    Wilmington Trust, National Association
           mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
          MICHAEL J. SHAVEL   on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
           jrydzewski@HillWallack.com;skenny@hillwallack.com
          MICHAEL P. KELLY   on behalf of Joint Debtor Dawn  Kessler mpkpc@aol.com,
           r47593@notify.bestcase.com
          MICHAEL P. KELLY   on behalf of Debtor Adam  Kessler mpkpc@aol.com,  r47593@notify.bestcase.com
          STANTON M. LACKS   on behalf of Plaintiff Dawn  Kessler blackslaw@comcast.net,
           lackssr67746@notify.bestcase.com
          STANTON M. LACKS   on behalf of Joint Debtor Dawn  Kessler blackslaw@comcast.net,
           lackssr67746@notify.bestcase.com
          STANTON M. LACKS   on behalf of Debtor Adam  Kessler blackslaw@comcast.net,
           lackssr67746@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
```

```
District/off: 0313-2          User: Keith              Page 2 of 2           Date Rcvd: Jan 22, 2020
                              Form ID: pdf900          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                               TOTAL: 16

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Adam Kessler & Dawn Kessler**<br>        Debtors | CHAPTER 13<br><br>CASE NO.: 14-17967-elf |

**ORDER FOR RELIEF**

AND NOW, this __21st__ day of __January__, 2020, upon Certification of Default filed by **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1** ("Movant"), pursuant to its prior Stipulation with the Debtors, it is hereby

**ORDERED** that the automatic stay under 11 U.S.C. § 362(a) is **MODIFIED** with respect to premises, **1752 Lafayette Drive, Jamison, Pennsylvania 18929**, as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **Movant** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**