United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-17967-elf
Adam Kessler                                                        Chapter 13
Dawn Kessler
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith                 Page 1 of 2           Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW             Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +Adam Kessler,    Dawn Kessler,    1752 Lafayette Drive,    Jamison, PA 18929-1673
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr             +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr             +WELLS FARGO BANK, NA,    MAC X23023-01A,    1 HOME CAMPUS,    DES MOINES, IA 50328-0001
cr             +Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
cr              Wilmington Trust, National Association,    c/o MICHAEL J. SHAVEL,
                 777 Township Line Road, Suite 250,    Yardley, PA 19067-5565
cr             +Wilmington Trust, National Association, not in its,     Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13399237        Wachovia Home Mortgage,    P.O. Box 1056936,    Atlanta, GA  30348-5693
13399238       +Wachovia Mortgage,    C/O Powers, Kirn & Assoc,    8 Neshaminy Interplex, Ste 215,
                 Trevose, PA 19053-6980
13529303       +Wells Fargo Bank, N.A.,    MAC B6955-01B,    PO Box 31557,    Billings, MI 59107-1557
13407104       +Wells Fargo Home Mortgage,    C/O Powers, Kirn & Assoc,    8 Neshaminy Interplex, Ste 215,
                 Trevose, PA 19053-6980
13407103        Wells Fargo Home Mortgage,    P.O. Box 1056936,    Atlanta, GA  30348-5693
14315522        Wilmington Trust, National Association,    c/o MICHAEL J. SHAVEL,    Hill Wallack, LLP,
                 777 Township Line Road, Suite 250,    Yardley, PA 19067-5565
14124620        Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    P O Box 814609,
                 Dallas, TX  75381-4609
14188760       +Wilmington Trust, National Association,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
14384361       +Wilmington Trust, National Association, Et AL..,     c/o Kevin G. McDonald, Esquire,
                 701 Market Street, suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13413326       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 17 2020 04:59:34
                 Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13407101       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 17 2020 04:59:34      GM Financial,
                 PO Box 183834,    Arlington, TX 76096-3834
13399236       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2020 04:59:35      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13423042       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 17 2020 04:59:35      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13414601        E-mail/Text: appebnmailbox@sprint.com Apr 17 2020 05:00:14      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
cr*            +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13407102*      +PECO,    2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Keith                   Page 2 of 2                    Date Rcvd: Apr 16, 2020
                                  Form ID: 138NEW               Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              JILL   MANUEL-COUGHLIN    on behalf of Defendant    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Dawn  Kessler mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Debtor Adam  Kessler mpkpc@aol.com,   r47593@notify.bestcase.com
              STANTON M. LACKS    on behalf of Plaintiff Dawn  Kessler blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              STANTON M. LACKS    on behalf of Joint Debtor Dawn  Kessler blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              STANTON M. LACKS    on behalf of Debtor Adam  Kessler blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Adam Kessler and Dawn Kessler
      Debtor(s)                                       Bankruptcy No: 14–17967–elf
                                                                Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                              Timothy B. McGrath
                                               Clerk of Court

Dated: 4/16/20

                                                                                    145 – 144
                                                                                Form 138_new