UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                Chapter 13
Adam Kessler
Dawn Kessler

                Debtor

Bankruptcy No. 14-17967elf

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his final report and account and that the trustee has performed all other duties required in the administration of the Debtor(s)' estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is CLOSED, WITHOUT THE ENTRY OF AN ORDER OF DISCHARGE.

**Date: June 4, 2020**

Eric L. Frank
United States Bankruptcy Judge

13NoDischargePriorCloseOrder
(5/12)