United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-17967-elf
Adam Kessler                                                    Chapter 13
Dawn Kessler
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Keith            Page 1 of 1         Date Rcvd: Jun 04, 2020
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db/jdb         +Adam Kessler,    Dawn Kessler,    1752 Lafayette Drive,    Jamison, PA 18929-1673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
        JILL   MANUEL-COUGHLIN    on behalf of Defendant    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
        KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association
         amps@manleydeas.com
        KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
        LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
         skenny@hillwallack.com;lharkins@hillwallack.com
        MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
         mshavel@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com
        MICHAEL P. KELLY    on behalf of Debtor Adam  Kessler mpkpc@aol.com,    r47593@notify.bestcase.com
        MICHAEL P. KELLY    on behalf of Joint Debtor Dawn  Kessler mpkpc@aol.com,
         r47593@notify.bestcase.com
        STANTON M. LACKS    on behalf of Debtor Adam  Kessler blackslaw@comcast.net,
         lackssr67746@notify.bestcase.com
        STANTON M. LACKS    on behalf of Plaintiff Dawn  Kessler blackslaw@comcast.net,
         lackssr67746@notify.bestcase.com
        STANTON M. LACKS    on behalf of Joint Debtor Dawn  Kessler blackslaw@comcast.net,
         lackssr67746@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                     TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re  Chapter 13
Adam Kessler
Dawn Kessler

Debtor

Bankruptcy No. 14-17967elf

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his final report and account and that the trustee has performed all other duties required in the administration of the Debtor(s)' estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is CLOSED, WITHOUT THE ENTRY OF AN ORDER OF DISCHARGE.

**Date: June 4, 2020**

Eric L. Frank
United States Bankruptcy Judge

O:\CLERKS\FORMS\MISCELLANEOUS FOLDERS\WORD FORMS\13 No Discharge Prior Close Order.docx

13NoDischargePriorCloseOrder
(5/12)